# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEFANOS PETIDIS | : | |
| Petitioner | : | |
| v | : | Civil Action No. PJM-05-1553 |
| I.C.E. | : | |
| Respondent | : | |

. . .o0o. . .

## MEMORANDUM

The above-captioned Petition for Writ of Habeas Corpus was filed on June 9, 2005. Petitioner, a native of Greece, alleges he has been detained at the Howard County Detention Center since March 25, 2005. Petitioner seeks release from detention, but it is unclear from the petition whether or not he is subject to an order of deportation.

The Supreme Court's decision in *Zadvydas v. Davis*, 533 U.S. 678, 121 S.Ct. 2491 (2001) makes clear that detention of a person subject to an order of deportation beyond a presumptively reasonable period of six months is prohibited if removal is unlikely in the foreseeable future. Notwithstanding the status of Petitioner's removal proceedings, he has been detained for approximately two months. Accordingly the standard announced in *Zadvydas* does not apply and the petition must be dismissed without prejudice.

A separate Order follows.

/s/
PETER J. MESSITTE
June 20, 2005                                             UNITED STATES DISTRICT JUDGE